

IT IS SO ORDERED.
Signed September 13, 2010

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, FA
F.040-1534

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re
MARIALUISA SANTAROMANA SALVADOR,

   Debtor.
_____

Bk. No. 10-51778

CHAPTER 7

R.S. No. DRP – 758

ORDER FOR RELIEF FROM
AUTOMATIC STAY

Date : August 25, 2010
Time : 2:00 p.m.
Place : U.S. Bankruptcy Court
        280 South First Street
        San Jose, California
        Courtroom 3020

The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on August 25, 2010 at 2:00 p.m., before the Honorable Arthur Weissbrodt. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding, upon discharge of debtor, shall be vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **12445 Saratoga Avenue, Saratoga, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Marialuisa Santaromana Salvador |
| 3 | 12445 Saratoga Ave.<br>Saratoga, CA 95070 |
| 4 | Debtor |
| 5 | Teresa Thu Huong Nguyen, Esquire<br>Law Offices of Teresa Thu Huong Nguyen |
| 6 | 730 Story Rd.<br>San Jose, CA 95014 |
| 7 | Attorney for Debtor |
| 8 | Mohamed Poonja |
| 9 | P.O. Box 1510<br>Los Altos, CA 94023-1510 |
| 10 | Chapter 7 Trustee |
| 11 | U.S. Trustee |
| 12 | U.S. Federal Building<br>280 South First Street #268 |
| 13 | San Jose, CA 95113-3004 |
| 14 | Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100 |
| 15 | Woodland Hills, California 91364 |